1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8

9   TRUSTEES OF THE BRICKLAYERS & ALLIED )
    CRAFTWORKERS LOCAL 13 DEFINED          )   Case No. 2:15-cv-02129-APG-NJK
    PENSION & TRUST FOR SOUTHERN           )
10  NEVADA, et al.,                        )
                                           )   ORDER
11                  Plaintiff(s),          )
                                           )
12  vs.                                    )
                                           )
13  COMMERCIAL UNION TILE & STONE,         )
    INC., et al.,                          )
14                                         )
                    Defendant(s).          )
15  _____ )

16          This matter is before the Court on the failure of Defendants Commercial Union Tile & Stone,

17  Inc. and Jon Canja to file Certificates of Interested Parties.  LR 7.1-1(a) requires, unless otherwise

18  ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties

19  shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all

20  persons, associations of persons, firms, partnerships or corporations (including parent corporations)

21  which have a direct, pecuniary interest in the outcome of the case.  LR 7.1-1(b) further states that if there

22  are no known interested parties, other than those participating in the case, a statement to that effect must

23  be filed.  Additionally, LR 7.1-1(c)  requires a party to promptly file a supplemental certification upon

24  any change in the information that this rule requires.  To date, Defendants have failed to comply.

25  //

26  //

27  //

28  //

1    Accordingly, **IT IS ORDERED** that Defendants shall file a Certificate of Interested Parties,

2 which fully complies with LR 7.1-1, **no later than 4:00 p.m., January 5, 2016.**  Failure to comply may

3 result in the issuance of an order to show cause why sanctions should not be imposed.

4    IT IS SO ORDERED.

5    DATED: December 28, 2015

6    _____

7    NANCY J. KOPPE
     United States Magistrate Judge

2