**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED PENSION & TRUST FOR SOUTHERN NEVADA, et al.,<br><br>              Plaintiff(s),<br><br>vs.<br><br>COMMERCIAL UNION TILE & STONE, INC., et al.,<br><br>              Defendant(s). | Case No. 2:15-cv-02129-APG-NJK<br><br>ORDER |

Pending before the Court is a motion to compel the deposition of Richard Perez, and for an award of attorneys' fees and costs. Docket No. 35. Any response to that motion was due no later than September 13, 2016, Docket No. 36, and no response has been filed to date. Accordingly, the motion to compel and for attorneys' fees and costs is **GRANTED** as unopposed. *See* Local Rule 7-2(d). Mr. Perez shall appear for his deposition within 14 days of the issuance of this order. Plaintiffs shall file, no later than September 21, 2016, appropriate paperwork as to the amount of attorneys' fees and costs they seek to recover. Any response to that paperwork shall be filed by September 28, 2016, and any reply shall be filed by October 3, 2016.

    IT IS SO ORDERED.

    DATED: September 14, 2016

                                              _____<br>
                                              NANCY J. KOPPE<br>
                                              United States Magistrate Judge