UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED PENSION & TRUST FOR SOUTHERN NEVADA, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> COMMERCIAL UNION TILE & STONE, INC., et al., <br><br> Defendant(s). | Case No. 2:15-cv-02129-APG-NJK <br><br> ORDER <br><br> (Docket No. 38) |

Pending before the Court is a stipulation to continue various deadlines by 45 days, which is predicated in significant part on the need to depose Richard Perez prior to filing dispositive motions. Docket No. 38 at 3-4. While the stipulation references a motion to compel regarding that deposition, it does not acknowledge that the motion to compel has already been granted and the Court has ordered the deposition to be completed by September 28, 2016. *See* Docket No. 37. Accordingly, the stipulation to continue is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: September 15, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge