# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED PENSION & TRUST FOR SOUTHERN NEVADA, et al.,<br><br>Plaintiff(s),<br><br>vs.<br><br>COMMERCIAL UNION TILE & STONE, INC., et al.,<br><br>Defendant(s). | Case No. 2:15-cv-02129-APG-NJK<br><br>ORDER |

Pending before the Court is a motion for sanctions, filed on October 14, 2016. Docket No. 47. To date, no response has been filed. Accordingly, the motion is **GRANTED** as unopposed. *See* Local Rule 7-2(d).

In particular, the Court **ORDERS** that:

- Plaintiffs' audit report and auditor assumptions, which are bates stamped BAC00224-BAC00266, shall be accepted as fact;
- CUTS will not be permitted to enter a defense as to the accuracy of the audit report and auditor assumptions;

//
//
//
//
//

- CUTS shall pay the attorneys' fees and costs related to the bringing of the motion for sanctions. Plaintiffs shall file, no later than November 10, 2016, a "Motion for calculation of sanctions." Any response to that paperwork shall be filed by November 16, 2016, and any reply shall be filed by November 18, 2016.

IT IS SO ORDERED.

DATED: November 4, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

2