UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED PENSION & TRUST FOR SOUTHERN NEVADA, et al.,<br><br>    Plaintiff(s),<br><br>vs.<br><br>COMMERCIAL UNION TILE & STONE, INC., et al.,<br><br>    Defendant(s). | Case No. 2:15-cv-02129-APG-NJK<br><br>ORDER<br><br>(Docket No. 52) |

On November 4, 2016, the Court granted Plaintiffs' motion for sanctions, including an award of attorneys' fees. Docket No. 51. Pursuant to that order, Plaintiffs have filed a motion to calculate fees. Docket No. 52. Any response was due no later than November 16, 2016, *see* Docket No. 51 at 2, but none has been filed to date.

Attorneys' fees awarded under Rule 37 are determined using the lodestar method of multiplying the reasonable hours expended by a reasonable hourly rate. *See, e.g., Marrocco v. Hill*, 291 F.R.D. 586, 587-88 (D. Nev. 2013). In this case, the Court finds the hours expended are reasonable and the rates sought are in line with those prevailing in the community. Accordingly, the Court finds the request for attorneys' fees in the amount of $2,320 to be reasonable and proper.

//

//

//

//

1      For the reasons discussed herein, the Court **GRANTS** the motion for calculation of attorneys'
2  fees.  Payment of $2,320 shall be made to Plaintiffs' counsel by no later than December 16, 2016.
3      IT IS SO ORDERED.
4      DATED: December 2, 2016

                                                            _____
                                                            NANCY J. KOPPE
                                                            United States Magistrate Judge