✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Trustees of the Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust For Southern Nevada, et al.,

Plaintiffs,

V.

Commercial Union Tile & Stone, Inc., et al.,

Defendants.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number: 2:15-cv-02129-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiffs' Motion for Calculation of Attorneys' Fees (document #52) is Granted. Payment of $2,320 shall be made to Plaintiffs' counsel by no later than 12/16/2016.

December 2, 2016            /s/ Lance S. Wilson

Date                                                     Clerk

/s/ S. Denson

(By) Deputy Clerk