GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
PUNEET K. GARG, ESQ.
Nevada Bar No. 9811
3185 St. Rose Parkway, Suite 325
Henderson, Nevada 89052
Tel:  (702) 850-0202
Fax:  (702) 850-0204
Email: agolden@garggolden.com

Counsel for Defendants Vegas Affordable Stone and Tile, Inc.,
Stone Consulting, LLC, and Jedediah Michael Feller

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMERCIAL UNION TILE & STONE, INC., a Nevada corporation; VEGAS AFFORDABLE STONE AND TILE, INC., a Nevada corporation; STONE CONSULTING, LLC, a Nevada limited liability company; JONATHAN WILLIAM CANJA, individually; and JEDEDIAH MICHAEL FELLER, individually,<br><br>Defendants. | CASE NO.:   2:15-cv-02129-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO PENDING MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

GARG GOLDEN
LAW FIRM
3185 St. Rose Parkway
Suite 325
Henderson, Nevada 89052
(702) 850-0202

1 of 3

The parties to this action, by and through their undersigned counsel, stipulate and agree to further extend the deadline to file responses to the following pending motions for summary judgment from January 13, 2017 to February 13, 2017:

    Defendant Jedediah Feller's Motion for Summary Judgment (dkt. # 53);

    Plaintiffs' Motion for Summary Judgment (dkt. # 54);

    Defendant Vegas Affordable Stone and Tile, Inc.'s Motion for Summary Judgment (dkt. # 55);

    Defendant Stone Consulting, LLC's Motion for Summary Judgment (dkt. # 56);

This is the second request for an extension of time for these deadlines, and the request is not made for the purpose of delay. The parties have been diligently discussing a resolution to this matter and have made substantial progress in that regard. The parties submit that good cause appears for the extension, and continue to wish to dedicate time and resources to a resolution without incurring additional litigation expense. The parties expect this to be their last request for

/ / /

/ / /

GARG GOLDEN
LAW FIRM
3185 St. Rose Parkway
Suite 325
Henderson, Nevada 89052
(702) 850-0202

such an extension in this matter.

Dated this 11th day of January, 2017.

| GARG GOLDEN LAW FIRM | THE URBAN LAW FIRM |
|---|---|
| By /s/ Anthony B. Golden<br>Anthony B. Golden, Esq.<br>3185 St. Rose Parkway, Suite 325<br>Henderson, Nevada 89052<br>(702) 850-0202<br>*Counsel for Vegas Affordable Stone and Tile, Inc., Stone Consulting, LLC, and Jedediah Michael Feller* | By /s/ Nathan R. Ring<br>Michael A. Urban, Esq.<br>Nathan R. Ring, Esq.<br>4270 S. Decatur Blvd., Suite A-9<br>(702) 968-8087<br>*Counsel for Plaintiffs* |

AQUINO LAW GROUP, LTD.

By /s/ Aaron A. Aquino
    Aaron A. Aquino, Esq.
    5150 W. Spring Mountain Rd., #12
    Las Vegas, Nevada 89146
    (702) 871-6464
    *Counsel for Commercial Union Tile & Stone, Inc. and Jon Canja*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISCTRICT JUDGE

DATED: January 11, 2017