GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
PUNEET K. GARG, ESQ.
Nevada Bar No. 9811
3185 St. Rose Parkway, Suite 325
Henderson, Nevada 89052
Tel:  (702) 850-0202
Fax:  (702) 850-0204
Email: agolden@garggolden.com

Counsel for Defendants Vegas Affordable Stone and Tile, Inc.,
Stone Consulting, LLC, and Jedediah Michael Feller

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMERCIAL UNION TILE & STONE, INC., a Nevada corporation; VEGAS AFFORDABLE STONE AND TILE, INC., a Nevada corporation; STONE CONSULTING, LLC, a Nevada limited liability company; JONATHAN WILLIAM CANJA, individually; and JEDEDIAH MICHAEL FELLER, individually,<br><br>Defendants. | CASE NO.:  2:15-cv-02129-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO PENDING MOTIONS FOR SUMMARY JUDGMENT AS BETWEEN PLAINTIFFS AND DEFENDANTS VEGAS AFFORDABLE STONE AND TILE, INC., STONE CONSULTING, LLC, AND JEDEDIAH MICHAEL FELLER**<br><br>**(FOURTH REQUEST)** |

GARG GOLDEN
LAW FIRM
3185 St. Rose Parkway
Suite 325
Henderson, Nevada 89052
(702) 850-0202

1 of 3

Plaintiffs, by and through their undersigned counsel, and Defendants Vegas Affordable Stone and Tile, Inc., Stone Consulting, LLC, and Jedediah Michael Feller (collectively, "Stipulating Defendants"), by and through their undersigned counsel, stipulate and agree to further extend the deadline to file responses to the following pending motions for summary judgment from March 13, 2017 to April 13, 2017:

Defendant Jedediah Feller's Motion for Summary Judgment (dkt. # 53);

Plaintiffs' Motion for Summary Judgment as against Stipulating Defendants only (dkt. # 54);

Defendant Vegas Affordable Stone and Tile, Inc.'s Motion for Summary Judgment (dkt. # 55);

Defendant Stone Consulting, LLC's Motion for Summary Judgment (dkt. # 56);

This is the fourth request for an extension of time for these deadlines, and the request is not made for the purpose of delay. As stated in the previous request, the parties to this stipulation have reached a settlement. They are in the process of finalizing the written settlement agreement and are merely discussing final revisions to the document. In the meantime, Stipulating Defendants' counsel has been delayed in reviewing the latest round of revisions from Plaintiff's counsel due to heavy activity in a wage/hour class/collective action pending in this District that Stipulating Defendants' counsel recently was retained on.

The parties to this stipulation submit that good cause appears for the extension, and they continue to wish to dedicate time and resources to the resolution without incurring additional litigation expense. The parties and their counsel will continue to work toward finalizing and executing the settlement agreement prior to the deadline requested in this stipulation

The remaining defendants, Commercial Union Tile & Stone, Inc. and Jonathan William

GARG GOLDEN
LAW FIRM
3185 St. Rose Parkway
Suite 325
Henderson, Nevada 89052
(702) 850-0202

2 of 3

Canja, are not parties to the aforementioned settlement or to this stipulation.

Dated this 10th day of March, 2017.

| GARG GOLDEN LAW FIRM | THE URBAN LAW FIRM |
|---|---|
| By _/s/ Anthony B. Golden_<br>Anthony B. Golden, Esq.<br>3185 St. Rose Parkway, Suite 325<br>Henderson, Nevada 89052<br>(702) 850-0202<br>*Counsel for Vegas Affordable Stone and Tile, Inc., Stone Consulting, LLC, and Jedediah Michael Feller* | By _/s/ Nathan R. Ring_<br>Michael A. Urban, Esq.<br>Nathan R. Ring, Esq.<br>4270 S. Decatur Blvd., Suite A-9<br>(702) 968-8087<br>*Counsel for Plaintiffs* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISCTRICT JUDGE

DATED: 3/10/2017