**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
　　　　　　　　nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>COMMERCIAL UNION TILE & STONE, INC., a Nevada corporation; VEGAS AFFORDABLE STONE AND TILE, INC., a Nevada corporation; STONE CONSULTING, LLC, a Nevada limited liability company; JONATHAN WILLIAM CANJA, individually; and JEDEDIAH MICHAEL FELLER, individually,<br><br>　　　　　　Defendants. | CASE NO: 2:15-cv-02129-APG-NJK<br><br><br><br>**STIPULATION FOR DISMISSAL OF JEDEDIAH MICHAEL FELLER WITH PREJUDICE AND ORDER THEREON** |

///

///

1

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs Trustees of the Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust for Southern Nevada, Trustees of the Bricklayers & Allied Craftworkers Local 13 Health Benefits Fund, Trustees of the Bricklayers & Allied Craftworkers Local 13 Vacation Fund; Bricklayers & Allied Craftworkers Local 13 Nevada; Trustees of the Bricklayers & Trowel Trades International Pension Fund; Trustees of the Bricklayers & Trowel Trades International Health Fund; and Trustees of the International Masonry Institute (hereinafter collectively referred to as "Plaintiffs"), by and through its counsel of record, The Urban Law Firm, and Defendant, Jedediah Michael Feller, individually, by and through his counsel, Garg Golden Law Firm, Anthony Golden, Esq., and subject to the approval and Order of the Court, as follows:

1. A full and final settlement of the above-entitled action has been entered into and agreed to by the parties.

2. Therefore, the parties request this action be dismissed with prejudice as to Defendant Jedediah Michael Feller, individually, with each side to bear their own attorney's fees and costs.

Dated: April 28, 2017 **THE URBAN LAW FIRM**

*/s/ Nathan R. Ring*
Nathan R. Ring, NV State Bar No. 12078
*Counsel for Plaintiffs*

Dated: April 28, 2017 **GARG GOLDEN LAW FIRM**

By: */s/ Anthony B. Golden*
Anthony B. Golden, Esq., NV State Bar No. 9563
*Counsel for Defendant Jedediah Feller*

## ORDER

**IT IS HEREBY ORDERED** that Defendant Jedediah Michael Feller, an individual, be dismissed with prejudice from the above-entitled action, each side to bear its own fees and costs.

Dated: May 15, 2017.

UNITED STATES DISTRICT JUDGE

2