GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
PUNEET K. GARG, ESQ.
Nevada Bar No. 9811
3185 St. Rose Parkway, Suite 325
Henderson, Nevada 89052
Tel:  (702) 850-0202
Fax:  (702) 850-0204
Email: agolden@garggolden.com

Counsel for Defendants Vegas Affordable Stone and Tile, Inc.,
Stone Consulting, LLC, and Jedediah Michael Feller

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMERCIAL UNION TILE & STONE, INC., a Nevada corporation; VEGAS AFFORDABLE STONE AND TILE, INC., a Nevada corporation; STONE CONSULTING, LLC, a Nevada limited liability company; JONATHAN WILLIAM CANJA, individually; and JEDEDIAH MICHAEL FELLER, individually,<br><br>Defendants. | CASE NO.:   2:15-cv-02129-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF STONE CONSULTING, LLC, WITHOUT PREJUDICE** |

GARG GOLDEN
LAW FIRM
3185 St. Rose Parkway
Suite 325
Henderson, Nevada 89052
(702) 850-0202

1 of 2

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs, by and through their counsel, The Urban Law Firm, and Defendant Stone Consulting, LLC, by and through its counsel, the Garg Golden Law Firm, that Defendant Stone Consulting shall be dismissed from this action without prejudice, with each side to bear their own attorney's fees and costs.

Dated this 20th day of June, 2017.

| GARG GOLDEN LAW FIRM | THE URBAN LAW FIRM |
|---|---|
| By */s/ Anthony B. Golden* <br> Anthony B. Golden, Esq. <br> 3185 St. Rose Parkway, Suite 325 <br> Henderson, Nevada 89052 <br> (702) 850-0202 <br> *Counsel for Vegas Affordable Stone and Tile, Inc., Stone Consulting, LLC, and Jedediah Michael Feller* | By */s/ Nathan R. Ring* <br> Michael A. Urban, Esq. <br> Nathan R. Ring, Esq. <br> 4270 S. Decatur Blvd., Suite A-9 <br> (702) 968-8087 <br> *Counsel for Plaintiffs* |

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISCTRICT JUDGE

DATED: 6/21/2017

GARG GOLDEN LAW FIRM
3185 St. Rose Parkway
Suite 325
Henderson, Nevada 89052
(702) 850-0202