# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL UNION TILE & STONE, INC., *et al.*,<br><br>Defendants. | Case No. 2:15-cv-02129-APG-NJK<br><br>**ORDER DENYING STONE CONSULTING, LLC'S MOTION FOR SUMMARY JUDGMENT AS MOOT**<br><br>(ECF No. 56) |

In light of the stipulation dismissing defendant Stone Consulting, LLC without prejudice (ECF No. 78),

IT IS ORDERED that defendant Stone Consulting, LLC's motion for summary judgment **(ECF No. 56) is DENIED as moot**.

DATED this 27th day of June, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE