AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Trustees of the Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust For Southern Nevada, et al.,

Plaintiffs,

V.

Commercial Union Tile & Stone, Inc., et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:15-cv-02129-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of plaintiffs and against defendants Commercial Union Tile & Stone, Inc. and Vegas Affordable Stone and Tile, Inc., joint and several, for a total of $377,263.74.

Judgment is entered in favor of plaintiff Trustees of the Bricklayers & Allied Craftworkers Local 13 Vacation Fund and against defendant Jonathan William Canja in the amount of $41,224.51.

August 4, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ S. Denson

(By) Deputy Clerk