THE URBAN LAW FIRM
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, <br><br>Plaintiffs, <br><br>vs. <br><br>COMMERCIAL UNION TILE & STONE, INC., a Nevada corporation; VEGAS AFFORDABLE STONE AND TILE, INC., a Nevada corporation; STONE CONSULTING, LLC, a Nevada limited liability company; JONATHAN WILLIAM CANJA, individually; and JEDEDIAH MICHAEL FELLER, individually, <br><br>Defendants. | CASE NO: 2:15-cv-02129-APG-NJK <br><br>**PLAINTIFFS TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND AND INTERNATIONAL MASONRY INSTITUTE'S REQUEST FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT JONATHAN CANJA ONLY AND           ORDER** |

/ / /

1

Plaintiffs TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND and INTERNATIONAL MASONRY INSTITUTE by and through its counsel of record, The Urban Law Firm, pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby request their remaining claims against Defendant, JONATHAN CANJA, an individual, be dismissed.

Dated the 1st day of November, 2017.

**THE URBAN LAW FIRM**

*/s/ Nathan R. Ring*
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
(702) 968-8087
***Counsel for Plaintiffs Bricklayers Joint Trust Funds***

## ORDER

IT IS HEREBY ORDERED that the remaining claims of Plaintiffs, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND and INTERNATIONAL MASONRY INSTITUTE, and Defendant JONATHAN CANJA, an individual, be dismissed from the above-entitled case.

UNITED STATES DISTRICT JUDGE

Dated: December 5, 2017

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED CERTIFIES that on the 1st day of November, 2017, filed and served a true and correct copy of the foregoing **PLAINTIFFS TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND AND INTERNATIONAL MASONRY INSTITUTE'S REQUEST FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT JONATHAN CANJA ONLY** via the Court's CM/ECF system to all participating parties and their counsels of record.

/s/ Krista Taylor-Openbrier
An employee of **THE URBAN LAW FIRM**