**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail:  murban@theurbanlawfirm.com
             nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, <br><br> Plaintiffs, <br><br> vs. <br><br> COMMERCIAL UNION TILE & STONE, INC., a Nevada corporation; VEGAS AFFORDABLE STONE AND TILE, INC., a Nevada corporation; STONE CONSULTING, LLC, a Nevada limited liability company; JONATHAN WILLIAM CANJA, individually; and JEDEDIAH MICHAEL FELLER, individually, <br><br> Defendants. | CASE NO: 2:15-cv-02129-APG-NJK <br><br> ~~(Proposed)~~ **ORDER CONTINUING JUDGMENT DEBTOR EXAMINATION OF JONATHAN WILLIAM CANJA** <br><br> [Docket No. 115] |

/ / /

1

Having considered the Motion to Continue Judgment Debtor Examination of Jonathan William Canja, Memorandum of Points and Authorities, and the Declaration of Nathan R. Ring and good cause appearing,

**IT IS HEREBY ORDERED** that Jonathan William Canja, Defendant/Judgment Debtor, appear at The Urban Law Firm, 4270 S. Decatur Blvd., Suite A-9, Las Vegas, NV 89103, on September 19, 2018 at 10:00 a.m., to be sworn in for a Judgment Debtor Examination and then and there answer questions concerning property subject to his ownership and control.

## NOTICE TO JUDGMENT DEBTOR

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITORS IN THIS PROCEEDING.**

Dated September 7 _____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**THE URBAN LAW FIRM**

*/s/ Nathan R. Ring*
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
(702) 968-8087
*Counsel for Plaintiffs Bricklayers Joint Trust Funds*